FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
AUG 28 PM 2:09
CLERK
SO. DIST. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| KENNETH MAINOR, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:18-cv-35 |
| v. | * | |
| SHERIFF E. NEIL JUMP, | * | |
| Respondent. | * | |

**ORDER**

Presently before the Court is the Magistrate Judge's July 16, 2018, Report and Recommendation, dkt. no. 6, to which Petitioner Kenneth Mainor ("Mainor") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court.

The Court **DISMISSES without prejudice** Mainor's Petition for Writ of Habeas Corpus, dkt. no. 1, brought pursuant to 28 U.S.C. § 2254, **DENIES** Mainor a Certificate of Appealability, and **DENIES** Mainor leave to proceed *in forma pauperis* on appeal.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 28 day of August, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA